# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION

| | | |
|---|---|---|
| JOEVELYN ROOP, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 5:22-cv-00115-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| KILOLO KIJAKAZI, Acting | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 21, 2023 Memorandum of Decision and Order.

September 21, 2023

Katherine Hord Simon, Clerk
United States District Court